**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tyrone Van Rison Jr.<br>Denise Michelle Rison<br>                Debtor(s) | CHAPTER 13<br><br>BKY. NO. 23-11933 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ *Mark A. Cronin*
Mark Cronin
01 Aug 2023, 10:03:09, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: b3600b6bc46ab2dee9decba9328a1eaaa8958dcdc58475dfe079285a807b4ac5