| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-11933-PMM

Tyrone Van Rison, Jr.
Denise Michelle Rison
403 E. 3rd St.
Bernville  PA    19506

Petition Filed Date: 06/30/2023
341 Hearing Date: 09/26/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**There were no receipts posted to this case for the time period selected**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $15,914.90 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  002 | Unsecured Creditors | $383.30 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  003 | Unsecured Creditors | $388.64 | $0.00 | $0.00 |
| 4 | ONE MAIN FINANCIAL<br>»»  004 | Unsecured Creditors | $4,557.25 | $0.00 | $0.00 |
| 5 | CHASE BANK USA NA<br>»»  005 | Unsecured Creditors | $719.33 | $0.00 | $0.00 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»»  006 | Unsecured Creditors | $10,739.17 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK NEVADA NA<br>»»  007 | Unsecured Creditors | $12,633.97 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»»  008 | Unsecured Creditors | $526.93 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»»  009 | Unsecured Creditors | $359.98 | $0.00 | $0.00 |
| 10 | LENDMARK FINANCIAL SERVICES LLC<br>»»  10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | LENDMARK FINANCIAL SERVICES LLC<br>»»  10U | Unsecured Creditors | $5,303.28 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»»  011 | Unsecured Creditors | $6,093.65 | $0.00 | $0.00 |

Chapter 13 Case No. 23-11933-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $626.00 |
| Paid to Claims: | $0.00 | Arrearages: | $626.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $37,560.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.