UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Tyrone Van Rison, Jr.<br>    Denise Michelle Rison<br><br>                  Debtors | Chapter 13<br>Bankruptcy No.23-11933-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 4th day of December, 2023, by first class mail upon those listed below:

Tyrone Van Rison, Jr.
Denise Michelle Rison
403 E. 3rd St.
Bernville, PA  19506

**Electronically via CM/ECF System Only:**

DAVID W TIDD ESQ
656 EBERSOLE ROAD
READING, PA  19605

                                                */s/ Kristen Gliem*
                                                Kristen Gliem
                                                for
                                                Scott F. Waterman, Esquire
                                                Standing Chapter 13 Trustee