United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11933-pmm |
| Tyrone Van Rison, Jr. | Chapter 13 |
| Denise Michelle Rison | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 28, 2024 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyrone Van Rison, Jr., 403 E. 3rd St., Bernville, PA 19506-9534 |
| jdb | #+ | Denise Michelle Rison, 403 E. 3rd St., Bernville, PA 19506-9534 |
| 14807245 | + | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200 Norristown, PA 19401-4122 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 29 2024 00:18:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 29 2024 00:19:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 29 2024 00:20:07 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14796435 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 29 2024 00:20:10 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14795212 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2024 00:19:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14805824 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 29 2024 00:19:36 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14795214 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2024 00:20:10 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14795215 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 29 2024 00:19:36 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14797192 | | Email/Text: mrdiscen@discover.com | Mar 29 2024 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14795216 | + | Email/Text: mrdiscen@discover.com | Mar 29 2024 00:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14795217 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 29 2024 00:19:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14795213 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 29 2024 00:19:51 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |

Case 23-11933-pmm   Doc 38   Filed 03/30/24   Entered 03/31/24 00:32:40   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14801578 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 29 2024 00:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14795218 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 29 2024 00:18:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 14806147 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 29 2024 00:18:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington GA 30014 |
| 14806149 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2024 00:19:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14804331 | ^ | MEBN | Mar 29 2024 00:15:06 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14795221 | | Email/Text: ml-ebn@missionlane.com | Mar 29 2024 00:18:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14812390 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 29 2024 00:20:09 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14809024 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2024 00:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14795219 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 29 2024 00:19:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14795220 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 29 2024 00:20:08 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14795222 | + | Email/PDF: cbp@omf.com | Mar 29 2024 00:30:18 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14798647 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2024 00:19:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14795223 | + | Email/Text: synovusbankruptcy@synovus.com | Mar 29 2024 00:19:00 | Synovus Bank, Attn: Bankruptcy, 1111 Bay Avenue, Columbus, GA 31901-5218 |
| 14808460 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 29 2024 00:19:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14795224 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 29 2024 00:19:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 14795225 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 29 2024 00:19:37 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14795226 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 29 2024 00:19:35 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14805727 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 29 2024 00:30:18 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Lendmark Financial Services, LLC, c/o Craig H. Fox, Esquire, Fox and Fox Attorneys at Law, P.C., 700 E. Main Street, Suite 200, Norristown, PA 19401-4122 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0313-4      User: admin      Page 3 of 3
Date Rcvd: Mar 28, 2024      Form ID: pdf900      Total Noticed: 33

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CRAIG H. FOX | on behalf of Creditor Lendmark Financial Services LLC bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| DAVID W. TIDD | on behalf of Joint Debtor Denise Michelle Rison bankruptcy@davidtiddlaw.com lesliebrown.paralegal@gmail.com |
| DAVID W. TIDD | on behalf of Debtor Tyrone Van Rison Jr. bankruptcy@davidtiddlaw.com, lesliebrown.paralegal@gmail.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Tyrone Van Rison, Jr.<br>    Denise Michelle Rison<br><br>                    Debtors | Chapter 13<br><br>Bankruptcy No. 23-11933-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 28, 2024**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE